IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| v. | ) Case No. 3:15-CR-00044-JO-04<br>) |
| ALEXIS GUILLEN-ROBLES | ) OPINION AND ORDER<br>) |
| Defendant. | )<br>)<br>) |

JONES, J.

Defendant, Alexis Guillen-Robles, filed a *pro se* Motion for Sentencing Reduction pursuant to 18 U.S.C. § 3582(c)(2). [# 860]. Defendant is seeking a two-level reduction of his sentence under Amendment 782 to the sentencing guidelines. For the following reason, I DENY Defendant's motion.

Defendant pleaded guilty to Count One of the superseding indictment charging him with Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or more of Heroin under 21 U.S.C. § 841(b)(1)(A).[1] [# 728]. The offense requires a 10-year mandatory minimum sentence, which I imposed. Defendant's sentence was not based on the Sentencing Guidelines, but on the statutory mandatory minimum which is not subject to Amendment 782 to the Sentencing Guidelines. *See United States*

---

[1] Defendant also pleaded guilty to Count 19, Conspiracy to Commit Money Laundering.

1 Opinion and Order

v. *Paulk,* 569 F.3d 1094, 1095 (9th Cir. 2009); *United States v. Miranda-Mendoza*, 637 Fed.Appx. 430 (9th Cir. 2016). Thus, Defendant is ineligible for a sentence reduction and his motion [#860] is DENIED.

Dated this 4th day of April, 2019.

Robert E. Jones, Senior Judge